In the Matter of the Application to Compel FRANK E. RAN-DALL, Appellant, to Answer Certain Questions.

THE WESTERN GAS AND FUEL COMPANY, Appellant; WILLIAM E. STRONG et al., Respondents.

*Matter of Randall,* 98 App. Div. 624, affirmed.
(Argued January 10, 1905; decided January 24, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 5, 1904, which affirmed an order of Special Term punishing the appellant Randall for contempt.

*Willard Parker Butler, Sanford Robinson* and *Julius S. Workum* for appellants.

*Frank E. Blackwell* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.